UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
NOV 2 0 2007
CLERK, US DISTRICT COURT
NORFOLK, VA

**UNITED STATES OF AMERICA,**

v.

**ANGELA SESSOMS,**

     **Defendant.**

Action No. 2:07cr159

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT and <u>NOTICE OF SENTENCING</u>

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count 1 of a one (1) count Criminal Information, is now CONDITIONALLY ACCEPTED and the defendant will be ADJUDGED GUILTY of such offense at the sentencing.

Sentencing is hereby scheduled for January 24, 2008 at 10:00 a.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.

/s/
Walter D. Kelley, Jr.
United States District Judge



Norfolk, Virginia
November 19, 2007